**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

No. 97-50311
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellant,

versus

CHARLES EARL COOPER,

Defendant-Appellant.

Appeal from the United States District Court
for the Western District of Texas

(W 96-CR 80-ALL)

November 4, 1997

Before POLITZ, Chief Judge, JONES and DeMOSS, Circuit Judges.

PER CURIAM:*

Charles Earl Cooper pleaded guilty to possession of cocaine base with intent

---

*Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

to distribute.[1]  He appeals his sentence, contending that the court erred in its calculation of the quantity of drugs involved in the offense and in denying a computation reduction for acceptance of responsibility.

Our review of the briefs and record persuades that the district court did not clearly err in determining the drug quantity involved or in accepting the hearing testimony of a police officer.[2]  Nor did the court clearly err in declining to reduce the offense-level computation for Cooper's claimed acceptance of responsibility.[3] Finding neither reversible error nor abuse of discretion, we AFFIRM.

---

[1]21 U.S.C. § 841(a)(1).

[2]**United States v. Cuellar-Flores**, 891 F.2d 92 (5th Cir. 1989).

[3]**United States v. Alfaro**, 919 F.2d 962 (5th Cir. 1990).